## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 2:25-cv-14320-LEIBOWITZ/MAYNARD

**TRAVIYAWN M. OSBORNE**,

     *Plaintiff,*

*v.*

**OFFICER SPENCER and OFFICER SCARGNIO**,

     *Defendants.*

_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court upon the Report and Recommendation by United States Magistrate Judge Shaniek Mills Maynard [ECF No. 13] (the "R&R"), filed on December 8, 2025. Judge Maynard recommends dismissing Plaintiff's Complaint without prejudice. No objections to the R&R were filed during the 14-day objection period. Upon due consideration of the R&R, the filings, the applicable law, and the record, the Court ADOPTS and AFFIRMS the Report and Recommendation [ECF No. 13].

"In order to challenge the findings and recommendations of the magistrate judge, a party must file written objections which shall specifically identify the portions of the proposed findings and recommendation to which objection is made and the specific basis for objection." *Macort v. Prem, Inc.*, 208 F. App'x 781, 783 (11th Cir. 2006) (cleaned up). The objections must also present "supporting legal authority." S.D. Fla. L. Mag. J.R. 4(b). Once a district court receives "objections meeting the specificity requirement set out above," it must "make a *de novo* determination of those portions of the report to which objection is made and may accept, reject, or modify in whole or in part, the findings or recommendations made by the magistrate judge." *Macort*, 208 F. App'x at 783–84 (cleaned up). To

the extent a party fails to object to parts of the magistrate judge's report, those portions are reviewed for clear error. *Id.* at 784 (cleaned up).

The parties have not submitted any objections to Judge Maynard's R&R, and the time to do so has passed. As such, the Court has reviewed the R&R for clear error only. Upon this review, the Court finds not only no clear error but also notes that Judge Maynard's R&R is thorough, cogent, and compelling. The Court adopts the R&R in its entirety.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1.       The Magistrate Judge's Report and Recommendation [**ECF No. 13**] is **ADOPTED** and made a part of this Order for all purposes.

2.       Plaintiff's Complaint [**ECF No. 1**] is **DISMISSED** *without prejudice.*

3.       The *Clerk* is *directed* to mail a copy of this Order to Plaintiff.

4.       The *Clerk* is further *directed* to **CLOSE** this case. Any pending motions are **DENIED** as moot, and all deadlines are **TERMINATED**.

**DONE AND ORDERED** in the Southern District of Florida on December 29, 2025.

**DAVID S. LEIBOWITZ**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record
Traviyawn M. Osborne
1542 Paisley Street NW
Palm Bay, FL 32907
PRO SE

2